JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AARON M. WALKER, a.k.a. TUT'SHKM-PTAH, <br><br>  Petitioner, <br><br>  v. <br><br> CHAVEZ, <br><br>  Respondent. | No. CV 13-06722-ABC (VBK) <br><br> JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing §2254 Cases in the United States District Courts.

DATED: September 24, 2013  _____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE