JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AARON M. WALKER, a.k.a. TUT'SHKM-PTAH,  Petitioner,  v.  CHAVEZ,  Respondent. | No. CV 13-06722-ABC (VBK)  JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing §2254 Cases in the United States District Courts.

DATED: September 24, 2013

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE